MATTHEW B. CLARK, JR., an Infant, by MATTHEW B. CLARK, SR., His Guardian ad Litem, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 28415.)

MATTHEW B. CLARK, SR., Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 28420.)

Argued April 6, 1951; decided May 17, 1951.

796

*C. E. Fitzgerald* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.